**Order entered March 30, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00278-CV**
**No. 05-20-00196-CV**

**IN RE GAIL CORDER FISCHER ("A.W.E."), Relator**

**A.W.E., Appellant**

**V.**

**D.M.F.N., Appellee**

**Original Proceeding and Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-18-11265, DF-18-11265**

**ORDER**

Before the Court is real parties in interest's March 27, 2020 joint motion to extend time to file a sur-reply and submission of additional evidence in Cause No. No. 05-20-00278-CV. In their motion, real parties assert that they are unable to prepare their sur-reply because they have not yet received a copy of the hearing transcript from the court reporter.

The reporter's record in the appeal, Cause No. 05-20-00196-CV, was originally due February 23, 2020. By order dated March 26, 2020, we granted court reporter Latoya Young's second request for an extension of time to file the reporter's record and order the record filed by March 27, 2020. To date, the reporter's record has not been filed.

Accordingly, we **ORDER** court reporter Latoya Young to file the record in Cause No. 05-20-00196-CV within **10 days** of the date of this order. We expressly **CAUTION** Ms. Young that failure to comply with this order will result in the Court taking such action as is necessary to have the reporter's record filed, which may include an order that she not sit as a court reporter until she complies.

Real parties' sur-reply and submission of additional evidence in the original proceeding shall be due **10 days** after the filing of the reporter's record.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Ashley Wysocki
Presiding Judge
254th Judicial District Court

Latoya Young
Official Court Reporter
254th Judicial District Court

All parties

/s/    DAVID L. BRIDGES
PRESIDING JUSTICE